IRVING POPKIN, Respondent, v. JEWISH YOUNG MEN'S AND WOMEN'S ASSOCIATION OF ROCHESTER, NEW YORK, INC., Appellant.— Judgment reversed on the law and facts, without costs of this appeal to either party and complaint dismissed, without costs.  See memorandum filed in companion case of *Popkin* v. *Jewish Young Men's & Women's Assn. of Rochester, New York* (*ante*, p. 824) decided herewith.  All concur.  (Appeal from judgment for plaintiff in a negligence action.)  Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

ANDREW KULINSKI, Respondent, v. EDWARD WEGLER et al., Appellants, et al., Defendants.— Judgment and order affirmed, with costs. All concur, except Taylor, P. J., and McCurn, J., who dissent and vote for reversal and for granting a new trial as to defendants Wegler and Knapp. (Appeals from a judgment for plaintiff in an automobile negligence action.  The order denied a motion for a new trial.)  Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

MARCIA B. KOWEN, Respondent-Appellant, v. ROCHESTER TRANSIT CORPORATION, Appellant, and NORMAN M. GALLANT, Respondent.— Judgment and order in favor of plaintiff as against defendant Rochester Transit Corporation affirmed, with costs; judgment and order in favor of defendant Gallant affirmed, with costs. All concur, except McCurn, J., who dissents and votes for reversal and for granting a new trial, on the ground that the verdict in favor of plaintiff and against the Rochester Transit Corporation and the verdict in favor of defendant Gallant are against the weight of the credible evidence. (Appeal from a judgment for plaintiff against defendant Transit Co. in a bus line negligence action; also appeal from a judgment for defendant Gallant for no cause of action.  The orders denied motions for a new trial.)  Present — Taylor, P. J., McCurn, Kimball and Piper, JJ.

JAMES F. KOWEN, Respondent-Appellant, v. ROCHESTER TRANSIT CORPORATION, Appellant, and NORMAN M. GALLANT, Respondent.— Same decision and like cause of action as in companion case of *Kowen* v. *Rochester Tr. Corp.*, (*ante*, p. 825) decided herewith.  Present — Taylor, P. J., McCurn, Kimball and Piper, JJ.

ERIE COUNTY BOARD OF HEALTH et al., Respondents, v. ALBERT M. KUPPEL et al., Appellants.— Judgment affirmed, with costs.  All concur. (Appeal from a judgment restraining defendants from selling or disposing of any of the properties in their subdivision in the town of Eden, N. Y.)  Present — McCurn, Vaughan, Kimball, Piper and Wheeler, JJ.  [See *post*, p. 853.]

ETTA STADELMANN, Appellant, v. STATE OF NEW YORK, Respondent.  (Claim No. 30823.) — Judgment affirmed, without costs of this appeal to either party.  All concur.  (Appeal from a judgment dismissing a claim for damages for personal injuries and for property damage to claimant's automobile, alleged to have resulted by reason of negligent condition of State highway.)  Present — McCurn, Vaughan, Kimball, Piper and Wheeler, JJ.